**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VERITAS MEDICAL SOLUTIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>ALLIANCE INTERNATIONAL MEDICAL (AIM) LIMITED,<br><br>*Defendant.* | CIVIL ACTION<br>NO. 26-2520 |

**ORDER**

**AND NOW**, this 15th day of October 2026, upon consideration of Plaintiff's *Ex Parte* Motion for Special Appointment for Service of Process (Dkt. No. 6), it is **ORDERED** that the Motion is **DENIED without prejudice**.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.